UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ANDRE ROMON BONNER,

        Plaintiff,

        v.                           CAUSE NO. 3:22-CV-190-DRL-MGG

WESTVILLE CORRECTIONAL
FACILITY, JOHN GALIPEAU, T.
CORNETT, TERRY REDDEN, R.
STATHAM, VALQUES, J. HARVIL,

        Defendants.

<u>OPINION AND ORDER</u>

Andre Romon Bonner, a prisoner without a lawyer, filed a complaint with three unrelated claims. ECF 1. First, he alleges Lt. Terry Redden and Sgt. R. Statham used excessive force and charging him with a false conduct report on November 7, 2021, at the Westville Correctional Facility. Second, he alleges Sgt. Valques did not properly conduct his disciplinary hearing on November 30, 2021. Third, he alleges Grievance Specialist J. Harvil prevented him from filing grievances. These claims are unrelated.[1] "[U]nrelated claims against different defendants belong in different suits." *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007).

When a plaintiff files a complaint with unrelated or misjoined claims, the court may allow the plaintiff to decide which properly joined and related claims to pursue in

---

[1] Mr. Bonner names three other defendants, but does not make any allegations against them: Westville Correctional Facility, Warden John Galipeau, and Mrs. T. Cornett. He also makes a number of other allegations about events and conditions at the prison, but does not connect them to any defendant.

the current case and when (or if) to bring the other claims in separate suits. *See Wheeler v. Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012) (district courts may direct a plaintiff "to file separate complaints, each confined to one group of injuries and defendants"). Mr. Bonner will be permitted to decide which of the three unrelated claims to bring in this case. To do so, he must put this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available from his law library. If he wants to pursue any other unrelated claims, he must file a separate complaint with a new case number for each unrelated group of claims.

For these reasons, the court:

(1) GRANTS Andre Romon Bonner until **September 30, 2022**, to file an amended complaint in this case; and

(3) CAUTIONS Andre Romon Bonner if he does not respond by the deadline, the court will select a claim and dismiss any other unrelated claims.

SO ORDERED.

September 2, 2022                        *s/ Damon R. Leichty*
                                        Judge, United States District Court

2